Nicholas Ranallo, Attorney at Law
5058 57th Ave. South
Seattle, WA 98118
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
(*Pro Hac Vice Admission Pending*)
Kenneth Matuszewski
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorney for Plaintiff*
*Rondevoo Technologies, LLC*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| **Rondevoo Technologies, LLC**, a California Limited Liability Company<br><br>            Plaintiff,<br><br>    vs.<br><br>**HTC America, Inc.**, a Washington Corporation<br><br>            Defendant. | Case Number: 2:18-cv-01625-TSZ<br><br>**PLAINTIFF RONDEVOO TECHNOLOGIES, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rondevoo Technologies, LLC, a private non-governmental property, certifies that:

1. Red Dragon Innovations, LLC is the parent corporation

1

2. The sole member of Rondevoo Technologies, LLC is Pai Lin Yeh.

Dated:  November 11, 2018

Respectfully submitted,

/s/ Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Isaac Rabicoff
Isaac Rabicoff
(*Pro Hac Vice Admission Pending*)
Kenneth Matuszewski
(*Pro Hac Vice Admission Pending*)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Counsel for Plaintiff, Rondevoo Technologies, LLC*