UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

**RONDEVOO TECHNOLOGIES, LLC**
Plaintiff(s),

VS.

**HTC AMERICA, INC.**
Defendant(s),

Case No.:2:18-CV-01625-TSZ

DECLARATION OF SERVICE OF:
SUMMONS IN A CIVIL ACTION; PLAINTIFF RONDEVOO TECHNOLOGIES, LLC'S CERTIFICATION AND NOTICE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT; COMPLAINT WITH EXHIBIT; CIVIL COVER SHEET.

Declaration:

The undersigned hereby declares: that s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the state of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of 11/28/2018 at 12:46 PM at the address of 1780 BARNES BLVD SW BLDG G, TUMWATER, within THURSTON County, State of WA, the declarant duly served the above described documents upon HTC AMERICA, INC. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with BLAKE MURRAY, AN AUTHORIZED AGENT FOR COGENCY GLOBAL, INC., the Registered Agent for HTC AMERICA, INC., A White Female, approx. 26 - 30 years old, 5'0" - 5'6" in height, weighing approx. 160 - 180 lbs with Blonde hair. A person of suitable age and discretion.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: 11/29/2018 at Elma, WA

By_____      Service Fee Total: $49.95
K. HEATER           15-1216-18

ECP
P.O. Box 812
Elma, WA 98541
(360) 239-1770
82991

ORIGINAL
PROOF OF SERVICE

Nicholas Ranallo, Attorney at Law
5058 57TH AVE S
SEATTLE, WA 98118
(831) 607-9229