UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONDEVOO TECHNOLOGIES, LLC,

        Plaintiff,

    v.

HTC AMERICA, INC,

        Defendant.

C18-1625 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Plaintiff's ex parte motion, docket no. 14, to extend the deadline for defendant to file a responsive pleading or motion is GRANTED. Defendant shall have until February 25, 2019, to file a responsive pleading or motion.

    (2) Plaintiff's Corporate Disclosure Statement, docket no. 7, indicates that Red Dragon Innovations, LLC ("Red Dragon") is plaintiff's parent corporation. Red Dragon must therefore be a member of plaintiff Rondevoo Technologies, LLC. Plaintiff's Corporate Disclosure Statement, however, indicates that its "sole member" is Pai Lin Yeh. Plaintiff's Corporate Disclosure Statement is internally consistent, and plaintiff is DIRECTED to file a revised Corporate Disclosure Statement within seven (7) days of the date of this Minute Order.

    (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record. Plaintiff's counsel shall serve a copy of this Minute Order on defendant and file proof of such service within seven (7) days of the date of this Minute Order.

    Dated this 29th day of January, 2019.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1