Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Attorneys for Plaintiff*
*Rondevoo Technologies, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| **Rondevoo Technologies, LLC**, a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>**HTC America, Inc.**, a Washington Corporation<br><br>Defendant. | Case Number: 2:18-cv-01625-TSZ<br><br>**PLAINTIFF RONDEVOO TECHNOLOGIES, LLC'S REVISED CERTIFICATION AND NOTICE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rondevoo Technologies, LLC, a private non-governmental property, certifies that:

1. Red Dragon Innovations, LLC is the parent corporation and the sole member of Rondevoo Technologies, LLC.

2. Red Dragon Innovations is managed and owned by ALY Ventures, LLC and 2s Ventures, LLC.

Dated:  February 5, 2019                                      Respectfully submitted,

/s/ Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
2443 Fillmore St., #380-7508
San Francisco, CA 94115-1814
nick@ranallolawoffice.com
P: (831) 607-9229
F: (831) 533-5073

/s/ Isaac Rabicoff
Isaac Rabicoff

/s/ Kenneth Matuszewski
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

*Counsel for Plaintiff, Rondevoo Technologies, LLC*

PLAINTIFF RONDEVOO TECHNOLOGIES, LLC'S CORPORATE
DISCLOSURE STATEMENT