1

2

3

4

5            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7   RONDEVOO TECHNOLOGIES LLC,

8                Plaintiff,

9         v.                              C18-1625 TSZ

10  HTC AMERICA INC,                      MINUTE ORDER

11               Defendant.

12

13  **JURY TRIAL DATE (5 days)**                      9/14/2020

14  Statement of asserted claims and preliminary infringement   4/30/2019
        contentions due

15  Statement of preliminary non-infringement and invalidity   5/21/2019
        contentions due
16
    Deadline for joining additional parties               5/30/2019
17
    Parties to exchange preliminary proposed constructions of
18      disputed claim terms and provide list of proposed extrinsic   6/19/2019
        evidence
19
    Joint Claim Chart and Prehearing Statement due         8/8/2019
20
    Parties to disclose reports from expert witnesses, if any, regarding   8/8/2019
21      Markman issues

22  Parties to disclose rebuttal expert reports, if any, regarding   9/9/2019
        Markman issues

23

| | |
|---|---|
| Deadline for completion of claim construction discovery and for amending pleadings | 9/27/2019 |
| Opening claim construction briefs (24 pages per side) filed by (and noted for the date that the responsive claim construction briefs are due) | 10/2/2019 |
| Responsive claim construction briefs (24 pages per side) filed by | 10/17/2019 |

If a claim construction (Markman) hearing is necessary,
one will be set upon at least 20 days' notice to the parties.

| | |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | 1/10/2020 |
| Rebuttal expert reports due | 2/10/2020 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | 2/20/2020 |
| Discovery completed by | 3/19/2020 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; see LCR 7(d)) | 4/30/2020 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | 5/7/2020 |
| All motions in limine must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | 8/13/2020 |
| Agreed pretrial order due | 8/28/2020 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | 8/28/2020 |
| Pretrial Conference                    at 10:00 a.m. on | 9/4/2020 |

These dates are set at the direction of the Court after reviewing the joint status

report and discovery plan submitted by the parties, docket no. 24, as well as the parties'

proposed scheduling order, docket no. 25. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Karen Dews at 206-370-8830, within 14 days of the date of this Minute Order and explain the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Claim Construction (Markman) Hearing

If a claim construction hearing is needed, it will be set for a half-day (2.5 hours). If more or less time is required, the parties are instructed to inform Karen Dews at 206-370-8830.

PLEASE NOTE: The Court will <u>not</u> rule on dispositive motions that raise issues of claim construction prior to a <u>Markman</u> Hearing, unless special circumstances warrant and leave of Court is obtained in advance of filing.

<u>Exhibits</u>

The original and one copy of any exhibits to be used at any <u>Markman</u> Hearing and/or trial are to be delivered to the Court at least five (5) days before the hearing and/or trial date at a time coordinated with Gail Glass, who can be reached at 206-370-8522.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

<u>Settlement</u>

Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

Dated this 25th day of March, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk