1

2

3

4

5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7    RONDEVOO TECHNOLOGIES, LLC,

8              Plaintiff,

9        v.                                    C18-1625 TSZ

10   HTC AMERICA, INC.,                        MINUTE ORDER

11             Defendant.

12
        The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14      (1)     The parties' stipulated motion, docket no. 29, is GRANTED, and the
     deadline for defendant to serve its statement of preliminary non-infringement and
15   invalidity contentions is EXTENDED to May 28, 2019.  All other dates and deadlines set
     forth in the Minute Order entered March 25, 2019, docket no. 26, remain in full force and
16   effect.

17      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.

18      Dated this 16th day of May, 2019.

19
                                               William M. McCool
20                                             Clerk

21                                             s/Karen Dews
                                               Deputy Clerk

22

23

MINUTE ORDER - 1